# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN OWEN MCCARTHY, et al.,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>NANCY PELOSI, et al.<br><br>　　　　　　Defendants. | Civil Action No. 20-1395 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Michael W. Kirk, am admitted to practice law in this Court and hereby enter my appearance on behalf of Plaintiffs.

Dated:  May 26, 2020

Respectfully submitted,

/s/ Michael W. Kirk
Michael W. Kirk
(DC Bar. No. 424648)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
mkirk@cooperkirk.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document on the following by causing it to be mailed via First Class USPS Mail:

The Honorable Nancy Pelosi
Speaker of the United States
House of Representatives
1236 Longworth House Office Building
Washington, D.C. 20515

The Honorable Cheryl L. Johnson
Clerk of the
United States House of Representatives
U.S. Capitol
Room H154
Washington, D.C. 20515

The Honorable Paul D. Irving
Sergeant-at-Arms of the
United States House of Representatives
U.S. Capitol
Room H124
Washington, D.C.  20515

/s/ Michael W. Kirk
Michael W. Kirk
(DC Bar. No. 424648)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
mkirk@cooperkirk.com

*Attorney for Plaintiff*