# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN OWEN MCCARTHY, et al., <br><br> Plaintiffs, <br> v. <br><br> NANCY PELOSI, et al. <br><br> Defendants. | Civil Action No. 20-1395 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Harold S. Reeves, am admitted to practice law in this Court and hereby enter my appearance on behalf of Plaintiffs.

Dated:  May 26, 2020

Respectfully submitted,

/s/ Harold S. Reeves
Harold S. Reeves
(DC Bar. No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
hreevescooperkirk.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document on the following by causing it to be mailed via First Class USPS Mail:

| | |
|---|---|
| The Honorable Nancy Pelosi<br>Speaker of the United States<br>House of Representatives<br>1236 Longworth House Office Building<br>Washington, D.C. 20515 | The Honorable Paul D. Irving<br>Sergeant-at-Arms of the<br>United States House of Representatives<br>U.S. Capitol<br>Room H124<br>Washington, D.C. 20515 |
| The Honorable Cheryl L. Johnson<br>Clerk of the<br>United States House of Representatives<br>U.S. Capitol<br>Room H154<br>Washington, D.C. 20515 | |

/s/ Harold S. Reeves
Harold S. Reeves
(DC Bar. No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
hreevescooperkirk.com

*Attorney for Plaintiff*