**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

The Honorable Kevin Owen McCarthy, et al.

                        Plaintiff(s)

Case No.: 20-1395-RC

vs.

The Honorable Nancy Pelosi, et al.

                        Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint, Civil Cover Sheet with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 5/27/2020 at 1:35 PM, I served The Honorable Nancy Pelosi at U.S. Capitol, Room H154, Washington, DC 20515 with the Summons, Complaint, Civil Cover Sheet with Attachments by serving Jose Salinas, Support Carrier, authorized to accept service.

Jose Salinas is described herein as:

Gender: Male   Race/Skin: White   Age: 34   Weight: 245   Height: 5'10   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

5/28/2020
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1578132

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| The Honorable Kevin Owen McCarthy, et al.<br><br>_Plaintiff(s)_<br>v.<br>The Honorable Nancy Pelosi, et al.<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1395-RC<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  The Honorable Nancy Pelosi
1236 Longworth House Office Building
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 5/27/2020   /s/ Anson Hopkins
_Signature of Clerk or Deputy Clerk_