**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**The Honorable Kevin Owen McCarthy, et al.**

**Plaintiff(s)**

**Case No.: 20-1395-RC**

*vs.*

**The Honorable Nancy Pelosi, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint, Civil Cover Sheet with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/27/2020 at 1:35 PM, I served The Honorable Paul D. Irving at U.S. Capitol, Room H154, Washington, DC 20515 with the Summons, Complaint, Civil Cover Sheet with Attachments by serving Jose Salinas, Support Carrier, authorized to accept service.

Jose Salinas is described herein as:

Gender: Male   Race/Skin: White   Age: 34   Weight: 245   Height: 5'10   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

5/28/2020
_____
Executed On

_____
Ambiko Wallace

Client Ref Number:N/A
Job #: 1578134

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| The Honorable Kevin Owen McCarthy, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   20-1395-RC |
| The Honorable Nancy Pelosi, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Honorable Paul D. Irving
U.S. Capitol
Room H124
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:    5/27/2020            /s/ Anson Hopkins

                                                      *Signature of Clerk or Deputy Clerk*