IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN OWEN MCCARTHY, et al., <br><br> Plaintiffs, <br> v. <br><br> NANCY PELOSI, et al. <br><br> Defendants. | Civil Action No. 20-1395-RC |

**PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION
AND FOR ENTRY OF A PERMANENT INJUNCTION AND FINAL JUDGMENT**

NOW COME Plaintiffs, Kevin Owen McCarthy, et al., by and through their attorneys, to apply to this Court for a preliminary injunction in their favor, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1 of the Rules of the United States District Court for the District of Columbia.

Defendants oppose this application.

Pursuant to Federal Rule of Civil Procedure 65(a)(2), Plaintiffs also request that this Court advance trial on the merits with the hearing of this application and enter final judgment and a permanent injunction in Plaintiffs' favor. *See also* FED. R. CIV. P. 56; *Wrenn v. District of Columbia*, 864 F.3d 650, 667 (D.C. Cir. 2017).

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, the exhibits attached thereto, and all other papers filed with this Court by Plaintiffs, Plaintiffs respectfully request that the Court enter an order and judgment:

    a.    Declaring House Resolution 965, 116th Congress ("H. Res. 965"), unconstitutional in violation of the Quorum Requirement, the Yeas and Nays Requirement, the Nondelegation Doctrine, and the general structure of the United States Constitution;

1

b.  Preliminarily and permanently enjoining Defendants from carrying out any of their responsibilities under H. Res. 965, including:

   i) Enjoining Defendant Pelosi, under Sections 1(a) or 1(b)(2) of H. Res. 965, from designating or extending a period during which a Member who is designated by another Member as a proxy in accordance with Section 2 may cast the vote of such other Member or record the presence of such other Member in the House;

   ii) Enjoining Defendant Pelosi from designating any other person to perform the functions of the Speaker of the House under H. Res. 965;

   iii) Enjoining Defendant Johnson from accepting from Members of the House any written communication in whatever form purporting to designate another Member of the House as a proxy for purposes of Section 1 of H. Res. 965;

   iv) Enjoining Defendant Johnson from notifying the Speaker, the Majority Leader, the Minority Leader, or any other Member of the House of the Clerk's receipt of a letter submitted pursuant to Section 2(a)(1)–(2) of H. Res. 965;

   v) Enjoining Defendant Johnson from maintaining an updated list of the proxy designations, alterations, and revocations submitted pursuant to Section 2(a) of H. Res. 965 or from making such list public or available during any vote of the House;

   vi) Enjoining Defendant Irving from notifying the Speaker or the Speaker's designee that a public health emergency due to a novel coronavirus is in

        effect or remains in effect, which is prerequisite to the authorization or extension of proxy voting by the Speaker or the Speaker's designee;

   c.   Enjoining Defendant Johnson from counting for purposes of establishing a quorum to do business any Member who is not physically present in the House chamber during the quorum call;

   d.   Enjoining Defendant Johnson from counting the vote of any Member of the House who is not physically present in the House chamber to cast his or her vote and from entering on the Journal or publishing in the Congressional Record any such vote;

   e.   Granting such other and further relief as this Court may deem just and proper.

May 29, 2020

Elliot S. Berke, Bar No. 463300
BERKE FARAH LLP
1200 New Hampshire Avenue, NW, Ste. 800
Washington, DC 20036
(202) 517-0585
eberke@berkefarah.com

Adam P. Laxalt, Bar No. 1670779
COOPER & KIRK, PLLC
201 W. Liberty Street
Reno, NV 89501
(775) 502-1301
alaxalt@cooperkirk.com

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper, Bar No. 248070
Michael W. Kirk, Bar No. 424648
Harold S. Reeves, Bar No. 459022
J. Joel Alicea, Bar No. 1022784
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document on the following by causing it to be mailed via First Class USPS Mail:

The Honorable Nancy Pelosi
Speaker of the United States
House of Representatives
1236 Longworth House Office Building
Washington, D.C. 20515

The Honorable Cheryl L. Johnson
Clerk of the
United States House of Representatives
U.S. Capitol
Room H154
Washington, D.C. 20515

The Honorable Paul D. Irving
Sergeant-at-Arms of the
United States House of Representatives
U.S. Capitol
Room H124
Washington, D.C. 20515

      /s/ Charles J. Cooper
Charles J. Cooper
(DC Bar. No. 248070)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
ccooper@cooperkirk.com

*Attorney for Plaintiff*