IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HONORABLE KEVIN OWEN MCCARTHY, in his official capacity as Minority Leader of the United States House of Representatives, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE HONORABLE NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-01395-RC |

NOTICE OF APPEARANCE

I, Douglas N. Letter, hereby enter my appearance as counsel in the above-captioned case for Defendants the Honorable Nancy Pelosi, Speaker of the U.S. House of Representatives, the Honorable Cheryl L. Johnson, Clerk of the U.S. House of Representatives, and the Honorable Paul D. Irving, Sergeant-at-Arms of the U.S. House of Representatives.  Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
   *General Counsel*

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Defendants*

May 29, 2020