# IN THE UNITED STATES DISTRICT COURT FOR THJE DISTRICT OF COLUMBIA

**The Honorable Kevin O. McCarthy, et al.,**

Plaintiffs

v.

**The Honorable Nancy Pelosi, Speaker of the House of Representatives et al.**

Defendants

**Civil Action No. 1:20-cv- 1395**

## MOTION TO FILE AMICIS CURIAE BRIEF

The party named below hereby files the above captioned motion as "a friend of the court" to proffer the attached brief relevant to the interest of all "State" voters, and the public in general, who have an interest in the outcome of this unprecedented litigation *in the first instance,* whether they are supporting President trump's "make America greater" or alternatively, whether they support opportunist of change leading the blind into the world of *socialism*, which *Valdimir Lenin* said: "leads to communism."

The memorandum of points and authorities, prepared Order, notice of hearing and the certificate of service are attached hereto in support of said motion.

Respectfully submitted,

/s/ Ray E. Parker
Ray E. Parker,
Amicus Curiae

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015

# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THJE DISTRICT OF COLUMBIA

**The Honorable Kevin O. McCarthy, et al.,**

Plaintiffs

v.

**The Honorable Nancy Pelosi, Speaker of the House of Representatives et al.**

Defendants

**Civil Action No. 1:20-cv-1395**

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PERMISSION TO FILE AMICUS CURIAE BRIEF

The party named below hereby files the above captioned motion as "a friend of the court" for *permission* to file the brief attached hereto; further, this honorable court is moved to to exercise it's judicial *discretion* in a positive manner in the interest of justice.

The memorandum of points and authorities in support of the attached amicus curiae brief is incorporated herein pursuant to **Rule 10 (c)** of the *federal Rules of Civil Procedure*, as if stated again.

**POINTS:** As stated above.

**AUHORITIES:** As stated above.

Respecttfully submitted,

/s/ Ray E. Parker
Ray Elbert Parker.

Amicus Curiae

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015

# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF COLUMBIA

**The Honorable Kevin O. McCarthy, et al.,**

Plaintiffs

v.

**The Honorable Nancy Pelosi, Speaker of the House of Representatives et al.**

Defendants

**Civil Action No. 1:20-cv- 1395**

## CERTIFICATE OF SERVICE

The party named below hereby states, under "*oath*" and the "*threat of 'perjury,*" that a true copy of the attached pleadings for permission of the court to file an amicus curiae brief has this 6th day of **June, 2020**, been served by first class United States mail, postage prepaid, upon the following:

1. **Elliot S. Berke, Esq.**
   BERKE FARAH PLLC
   1200 New Hampshire Avenue, NW
   Suite 800
   Washington, D. C. 20036
   (202) 517 - 0585

And

2. **Adam P. Laxalt, Esq.**
COOPER & KIRK, PLLC
201 West Liberty Street
Reno, Nevada 89501
(775) 502 - 1301

And

3. **Charles J. Cooper, Esq.**
**Michael W. Kirk, Esq.**
**Harold S. Reeves, Esq.**
**J. Joel Alicea, Esq.**
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D. C. 20036
(202) 220 - 9600

And

4. **The Honorable Kevin Owen McCarthy**
Congressman & House Minority Leader (R - CA)
**2468** Rayburn House Office Building
Washington, D. C. 20515

And

5. **The Honorable Nancy Pelosi**
Speaker of the House of Representatives (D - CA)
**1236** Longworth House Office Building
Washington, D. C. 20515

And

6. **The Honorable Cheryl L. Johnson**
Clerk, United States House of Representatives
U. S. Capitol
Room **H154**
Washington, D. C. 20515

And

7. **The Honorable Paul D. Irving**
   Sergeant-at-Arms U. S. House of Representatives
   U. S. Capitol
   Room **H124**
   Washington, D. C. 20515

Courtesy copies:

8. ***The Honorable Donald J.Trump***
   President of the United States
   The White House - *Oval Office*
   1600 Pennsylvania Avenue, NW
   Washington, D. C. 20500

And

9. **The Honorable Mitch McConnell**
   United States Senator (R - Kentucky)
   & Majority Leader U. S, Senate
   **317** Russell Senate Office Building
   Washington, D. C. 20510

And

10. **The Honorable Lindsay Graham**
    United States Senator (R - S. C.)
    **290** Russell Senate Office Building
    Washington, D. C. 20510

And

11. **The Honorable John Kennedy**
    United States Senator (R - La.)
    **416** Russell Senate Office Building
    Washington, D. C. 20510

And

12. **The Honorable Ted Cruz**
    United States Senator (R- Texas)
    **404** Russell Senate Office Building
    Washington, D. C. 20510

Respectfully submitted,

/s/ Ray E. Parker

Ray E. Parker
Amicus Curiae

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015




June 6 2020

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
E. Barret Prettyman United States Courthouse
333 Constitution Avenue, NW
Room 1225
Washington, D. C. 20001

**Re: The Honorable Kevin O. McCarthy v. The Honorable Nancy Pelosi ,**
**(Civil action No. 1:20 cv 1395)**

**ATTENTION:** Clerk of the Court

Please find enclosed four (4) copies of the attached pleadings, the *original* (no staples) and two (2) others for your official file; and, a courtesy copy for the chambers of the Honorable Rudolph Contreas, Unirted States District Judge, with jurisdiction over this cause of action.

Your immediate attention to this matter will be greatly appreciated due to the urgency of the matter.

Respectfully Submitted,

/s/ Ray E. Parker
Ray E. Parker,
Amicus Curiae

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015

Attachments: 4 copies of both pleadings.

