ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **The Honorable Kevin O. McCarthy et al.,**<br><br>v.<br><br>Plaintiffs<br><br>**The Honorable Nancy Pelosi, Speaker of the House of Representatives et al.**<br><br>Defendants | **Civil Action No. 1:20-cv-1395** |

## AMICUS CURIAE BRIEF

The party named below hereby files the above captioned brief to encourage a judicial decision that's *right* of center and *left* of the middle to correct a gross legislative *flaw* allegedly in violation of the United States Constitution, statutory law and the rules governing the United States House of Representatives.

The memorandum of points and authorities, notice of hearing, prepared Order and the certificate of service are attached hereto in support of said brief.

RECEIVED
Mail Room
JUN - 8 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Respectfully submitted,

/s/ Ray E. Parker
Ray E. Parker,
Amicus Curiae

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015