# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Honorable Kevin O. McCarthy, et al., ) ) ) Plaintiffs ) ) v. ) ) The Honorable Nancy Pelosi, ) Speaker of the House of Representatives ) et al. ) ) Defendants ) ) ) | Civil Action No. 1:20-cv- 1395 |

## ORDER

The motion for *permission* to file an *amicus curiae* brief in the above captioned case having come before this honorable court, the plaintiffs' and defendants' not being harmed by the granting thereof, and the pleading relevant to this case as part of the official record, it is this_____day of_____, 2020, hereby,

**ORDERED**, that *permission to file* the brief be and the same is hereby, **granted**.

/S/_____
The Honorable Rudolph Contreas, Esq.
United States District Court Judge