# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **The Honorable Kevin O. McCarthy, et al.,** ) ) ) | |
| Plaintiffs ) ) ) | |
| v. ) ) ) | Civil Action No. 1:20-cv-1395 |
| **The Honorable Nancy Pelosi, Speaker of the House of Representatives et al.** ) ) ) ) | |
| Defendants ) ) ) | |

## NOTICE OF HEARING

The party named below hereby waives o*ral* argument in the interest of cost efficiency to the court and time since it only involves judicial *permission* and *discretion* to rule on this good faith motion on the papers.

/s/ _Ray E. Parker_
Ray E. Parker,
Amicus Curiae

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015