## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HONORABLE KEVIN OWEN MCCARTHY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE HONORABLE NANCY PELOSI, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-01395-RC |

### CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

1. Pursuant to Local Civil Rule 7(e), Defendants respectfully request that the Court grant the following page limits for the briefs in the cross-motions schedule that the Court entered by Minute Order on June 1, 2020:

- Defendants' opposition to Plaintiffs' motion for a preliminary injunction and for entry of a permanent injunction and final judgment, and cross-dispositive motion (due June 19): 60 pages

- Plaintiffs' reply and opposition (due July 3): 35 pages

- Defendants' reply (due July 10): 20 pages

2. On May 29, 2020, Plaintiffs filed an 87-page, 287-paragraph amended complaint, and a motion for a preliminary and permanent injunction, seeking to enjoin the voting procedures in House Resolution 965 on four constitutional grounds. *See* ECF Nos. 7, 8. Plaintiffs' complaint and motion rely on numerous constitutional provisions and invoke numerous theories, *see* ECF No. 11, to which Defendants will respond; Defendants will also raise in their cross-motion threshold justiciability arguments based on multiple Supreme Court precedents, to which Plaintiffs will have to respond.

3.	Counsel for the parties have jointly agreed to these page lengths (which give the parties the same aggregate number of pages) in an effort to best assist the Court in resolving this case.  *See* ECF No. 9 at 3-4; ECF No. 11 at 3 n.1.

4.	Pursuant to Local Civil Rule 7(m), counsel for Defendants have conferred with counsel for Plaintiffs, who consent to this motion.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
   *General Counsel*

June 11, 2020                                             *Counsel for Defendants*