IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. KEVIN OWEN MCCARTHY, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>HON. NANCY PELOSI, *et al.*,<br><br>     *Defendants*. | Case No. 1:20-cv-01395-RC |

**DEFENDANTS' MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR FINAL JUDGMENT**

  Defendants Speaker of the U.S. House of Representatives Nancy Pelosi, Clerk of the U.S. House of Representatives Cheryl L. Johnson, and Sergeant-at-Arms of the U.S. House of Representatives Paul D. Irving hereby respectfully move to dismiss, *see* Fed. R. Civ. P. 12(b), or, in the alternative, for final judgment, *see* Fed. R. Civ. P. 65(a)(2).  This motion is supported by the attached memorandum of law, filed contemporaneously herewith.

                Respectfully submitted,

                */s/ Douglas N. Letter*
                Douglas N. Letter (DC Bar No. 253492)
                  *General Counsel*
                Todd B. Tatelman (VA Bar No. 66008)
                  *Principal Deputy General Counsel*
                Megan Barbero (MA Bar No. 668854)
                Josephine Morse (DC Bar No. 1531317)
                Adam A. Grogg (DC Bar No. 1552438)
                William E. Havemann (VA Bar No. 86961)
                Jonathan B. Schwartz (DC Bar No. 342758)

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700
douglas.letter@mail.house.gov

Michael R. Dreeben (DC Bar No. 370586)
Samantha M. Goldstein (DC Bar No. 1033552)
Kendall Turner (DC Bar No. 144701)
Ephraim A. McDowell (DC Bar No. 1631429)
Anna O. Mohan† (VA Bar No. 92412)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
mdreeben@omm.com

Alec Schierenbeck (NY Bar No. 5391008)
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

† *Admitted only in Virginia; supervised by principals of the firm.*

*Counsel for Defendants*

June 19, 2020