# EXHIBIT A

QUICK GUIDE TO REMOTE VOTING BY PROXY

# Submission of Proxy Letters

During any covered period designated by the Speaker pursuant to section 1(a) of House Resolution 965, Members can submit proxy letters designating, altering, or revoking their proxies. Electronic submission is sufficient to be able to vote remotely by proxy, but the emailed letter must have an original signature.

## Submit a letter to the Clerk

Members wishing to vote by proxy must submit a signed letter to the Clerk authorizing another Member to vote on their behalf. Before submitting the letter, Members should confirm with their chosen designee that they agree to and are able to serve as their proxy. If so, they should exchange contact information to ensure they can reach each other throughout the process.

When a Member has confirmed their proxy, they should fill out and sign the letter template available on the [Rules Committee's website](#) authorizing the other Member to vote on their behalf.

**Email the letter**

The letter must have an original signature and should be scanned and emailed from a House email account to: [Clerk_Proxy@housemail.house.gov](#). The email should include staff contact information for each named Member. A confirmation receipt will be sent after it has been reviewed by the Clerk.

In the subject line, include the type of designation letter that is being submitted followed by the Member's last name, for example

- SUBJECT: Designation, Gangloff
- SUBJECT: Alteration, Gangloff
- SUBJECT: Revocation, Gangloff

The pdf of the letter should be named using the format: MemberLastName-StateDistrict-SubmissionDateYYYYMMDD.pdf, for example

- Gangloff-IL18-20200518.pdf
- Roberts-VA02-20200519.pdf
- Schaffer-UT01-20200518.pdf

The letter must be received by the Clerk before the start of the first vote in which the Member wishes to vote by proxy; however, we strongly recommend emailing it **at least two hours** before the vote to ensure it is verified and processed.

**Mail the letter**

After scanning and emailing the letter, the hard copy containing the original signature (autopen or stamped signatures do not satisfy the requirement) should be mailed to

> Office of the Clerk
> H-154, U.S. Capitol
> Washington, DC 20515-6601

Members can change or revoke their proxy with a subsequent letter to the Clerk that follows the same instructions as designating a proxy. The revocation is automatic if a Member votes in person.

QUICK GUIDE TO REMOTE VOTING BY PROXY

## Communicate with your proxy

**Scheduled votes**

Each time a vote is scheduled, Members should email or otherwise transmit written voting instructions to their proxy. A proxy cannot vote on another Member's behalf without written instruction on each and every vote, including procedural votes. Members and staff should use official devices and accounts to transmit such instructions.

When designated, a proxy may vote on the Member's behalf on any vote in which they have exact instruction from the Member until the overall remote voting authority ends or until the Member sends a proxy alteration or revocation letter to the Clerk.

**Unscheduled votes**

For these votes, Members must send written instructions to their proxy when they are informed of the vote. If a Member is unable to email or send a text message, a staff member may transmit the instruction at the direction of the Member. Members and staff should use official devices and accounts to transmit such instructions.

## Vote by proxy on the House Floor

Members serving as proxies should first seek recognition from the Speaker and then announce from the floor during the vote, "As the Member designated by M. ___ pursuant to House Resolution 965, I inform the House that M. ___ will vote yea/nay/present." This will be repeated for each Member who has designated them as a proxy.

Members serving as proxies should then cast those votes using well cards, writing "by proxy" on each card submitted. Votes would then be announced by the Reading Clerk as they are received by the Tally Clerk.

In the *Congressional Record*, the vote section will print in its regular format followed by a list of Members who voted by proxy.

Members working remotely should watch the floor vote to ensure their proxy has properly voted. A short period of time will be available after all proxy votes have been cast in order to ensure Members have time to instruct their proxy to change their vote in the case of a miscommunication.

## Need further assistance?

Refer to the Remote Voting by Proxy Regulations for items that must be included in letters designating, altering, or revoking a proxy. The template letters on the House Committee on Rules' website contain all of the required information.

Contact the Tally Clerks in Legislative Operations: (202) 225-7437.