# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HON. KEVIN OWEN MCCARTHY, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   20-1395 (RC) |
| | : | |
| v. | : | Re Document Nos.:   8, 16 |
| | : | |
| HON. NANCY PELOSI, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS; DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 16) is **GRANTED**; Plaintiffs' motion for preliminary injunction (ECF No. 8) is **DENIED**.

**SO ORDERED**.

Dated:  August 6, 2020                                                                 RUDOLPH CONTRERAS
                                                                                                             United States District Judge