### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. KEVIN OWEN MCCARTHY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HON. NANCY PELOSI, *et al.*, <br><br> *Defendants*. | No. 20-cv-1395 (RC) |

### NOTICE OF WITHDRAWAL OF COUNSEL

I, Adam A. Grogg, hereby withdraw my appearance as counsel in this case because I will be beginning new employment after October 7, 2020. Defendants will continue to be represented by the other attorneys who have entered appearances in this case.

    Respectfully submitted,

    */s/ Adam A. Grogg*
    Adam A. Grogg (DC Bar No. 1552438)
      *Associate General Counsel*
    Office of General Counsel
    U.S. House of Representatives
    219 Cannon House Office Building
    Washington, DC  20515
    Telephone: (202) 225-9700
    adam.grogg@mail.house.gov

October 7, 2020