IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. KEVIN OWEN MCCARTHY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HON. NANCY PELOSI, *et al.*, <br><br> *Defendants*. | No. 20-cv-1395 (RC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Josephine Morse, hereby withdraw my appearance as counsel in this case. Defendants will continue to be represented by the other attorneys who have entered appearances in this case.

                                        Respectfully submitted,

                                        */s/ Josephine Morse*
                                        Josephine Morse (D.C. Bar No. 1531317)
                                           *Deputy General Counsel*
                                        Office of General Counsel
                                        U.S. House of Representatives
                                        219 Cannon House Office Building
                                        Washington, DC 20515
                                        Telephone: (202) 225-9700
                                        Jodie.Morse@mail.house.gov

January 19, 2021