IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. KEVIN OWEN MCCARTHY, *et al.*,<br><br>            *Plaintiffs*,<br><br>   v.<br><br>HON. NANCY PELOSI, *et al.*,<br><br>            *Defendants*. | Case No. 1:20-cv-01395-RC |

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Ephraim McDowell, hereby withdraw my appearance as counsel in this case. Defendants will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

*/s/ Ephraim McDowell*
Ephraim McDowell
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
emcdowell@omm.com

January 19, 2021